**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 98-41328
Summary Calendar
_____

WILBERT CORLEY,

Plaintiff-Appellant,

VERSUS

CITY OF LONGVIEW,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Eastern District of Texas
(6:97-CV-1068)

_____

May 4, 1999

Before SMITH, WIENER, and PARKER, Circuit Judges.

PER CURIAM:[*]

Wilbert Corley, a white male, was fired from his job as a city employee for taking a gun to work. He sued for race and sex discrimination and denial of due process and equal protection. The magistrate judge, sitting by consent, granted summary judgment in favor of the city and supported her ruling with a thorough and convincing fourteen-page opinion. Finding no error, much less reversible error, we affirm, essentially for the reasons given by the magistrate judge.

AFFIRMED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.